CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
FEB 18 2014
JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GEORGE P. BRANHAM, JR., | ) | Civil Action No. 7:14-cv-00061 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| IMAGING CENTER, | ) | By:  Hon. Jackson L. Kiser |
|     Defendant. | ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff is **GRANTED** leave to proceed in forma pauperis and this action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1367(c) and § 1915(e)(2)(B)(ii), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

    **ENTER**: This 18th day of February, 2014.

                                       /s/ Jackson L. Kiser
                                       Senior United States District Judge